1  TRACY WILKISON                                          JS-6
2  Acting United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  ARMAND ROTH, CSBN 214624
7  Special Assistant United States Attorney
         Social Security Administration
8        160 Spear Street, Suite 800
9        San Francisco, CA  94105
         Telephone: (415) 977-8924
10       Facsimile: (415) 744-0134
11       Email: armand.roth@ssa.gov
12 Attorneys for Defendant

13                 UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
                       SOUTHERN DIVISION
15
   JAVIER R. GUTIERREZ,            )  No. SACV 20-01059 PD
16                                 )
17      Plaintiff,                 )
                                   )
18                                 )  **JUDGMENT OF REMAND**
        v.                         )  **PURSUANT TO SENTENCE FOUR**
19                                 )  **OF 42 U.S.C. § 405(g)**
   ANDREW SAUL,                    )
20 Commissioner of Social Security,)
21                                 )
        Defendant.                 )
22 _____)

23

24      The Court having approved the parties' stipulation to voluntary remand

25 pursuant to sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED,

26
   ADJUDGED AND DECREED that the above-captioned action is remanded to the
27

28

                                   1

1  Commissioner of Social Security for further proceedings consistent with the

2  stipulation to remand.

3

4

5

6  DATE:  March 18, 2021

7  _____

8  THE HONORABLE PATRICIA DONAHUE
   UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2